IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FURMINATOR, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  4:06-CV-01294 CAS |
| | ) | |
| ONTEL PRODUCTS CORP., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and it is ordered that:

1.      This Court has jurisdiction over this matter and all parties hereto.  All parties needed for just adjudication of this matter have been joined.  Venue as to all parties is proper in this Court.  Each party is represented by counsel.

2.      Plaintiff FURminator, Inc., ("FURminator") a Missouri Corporation with its headquarters and principal place of business in Fenton, Missouri, represents that it is the owner of U.S. Patent No. 6,782,846, including all reexaminations, reissues, and any continuations and continuations-in-part  (the "First Porter Patent") and U.S. Patent No. 7,077,076, including all reexaminations, reissues, and any continuations and continuations-in-part  (the "Second Porter Patent").  Plaintiff FURminator represents that the First and Second Porter Patents are valid, subsisting, and enforceable, and were issued by the United States Patent and Trademark Office in compliance with the requirements set forth in Title 35 of the United States Code.  As part of and subject to the terms of a settlement agreement between the parties, Defendant Ontel no longer contests these representations.

3533588

3.       The parties' claims, counterclaims and affirmative defenses are hereby dismissed

with prejudice.  Each party shall bear its own costs and fees.


THOMPSON COBURN LLP                          VENABLE LLP


By: /s/ Steven E. Garlock                         By: /s/ Roger A. Colaizzi
Alan H. Norman, #3,962                           Jeffrey L. Eichen
Steven E. Garlock, #3,184                         Roger A. Colaizzi
David B. Jinkins, #87,078                         Mary Ellen R. Himes
Matthew A. Braunel, #109,915                    Michelle Meira Marcus
One US Bank Plaza                                575 Seventh Street, N.W.
St. Louis, Missouri  63101                        Washington, DC 20004
Telephone: (314) 552-6000                        Telephone: (202) 344-4985
Fax: (314) 552-7000                              Fax: (202) 344-8300
*Attorneys for Plaintiff, FURminator, Inc.*

                                                 And

                                                 Rudolph A. Telscher, Jr.
                                                 Harness, Dickey & Pierce, P.L.C.
                                                 7700 Bonhomme, Suite 400
                                                 St. Louis, MO 63105
                                                 Facsimile (314) 726-7501

                                                 *Attorneys for Ontel Products Corp.*


SO ORDERED:


_____          Dated:_____
The Honorable Charles A. Shaw
United States District Judge