IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FURMINATOR, INC. | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   CASE NO. 4:06-CV-01294 CAS |
| | ) |
| ONTEL PRODUCTS CORP., | ) |
| | ) |
| | ) |
| Defendant. | ) |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and it is ordered that:

1.    This Court has jurisdiction over this matter and all parties hereto. All parties needed for just adjudication of this matter have been joined. Venue as to all parties is proper in this Court. Each party is represented by counsel.

2.    Plaintiff FURminator, Inc., ("FURminator") a Missouri Corporation with its headquarters and principal place of business in Fenton, Missouri, represents that it is the owner of U.S. Patent No. 6,782,846, including all reexaminations, reissues, and any continuations and continuations-in-part (the "First Porter Patent") and U.S. Patent No. 7,077,076, including all reexaminations, reissues, and any continuations and continuations-in-part (the "Second Porter Patent"). Plaintiff FURminator represents that the First and Second Porter Patents are valid, subsisting, and enforceable, and were issued by the United States Patent and Trademark Office in compliance with the requirements set forth in Title 35 of the United States Code. As part of and subject to the terms of a settlement agreement between the parties, Defendant Ontel no longer contests these representations.

3533588

3.       The parties' claims, counterclaims and affirmative defenses are hereby dismissed with prejudice. Each party shall bear its own costs and fees.

THOMPSON COBURN LLP

By: /s/ Steven E. Garlock
Alan H. Norman, #3,962
Steven E. Garlock, #3,184
David B. Jinkins, #87,078
Matthew A. Braunel, #109,915
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Fax: (314) 552-7000
*Attorneys for Plaintiff, FURminator, Inc.*

VENABLE LLP

By: /s/ Roger A. Colaizzi
Jeffrey L. Eichen
Roger A. Colaizzi
Mary Ellen R. Himes
Michelle Meira Marcus
575 Seventh Street, N.W.
Washington, DC 20004
Telephone: (202) 344-4985
Fax: (202) 344-8300

And

Rudolph A. Telscher, Jr.
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO 63105
Facsimile (314) 726-7501

*Attorneys for Ontel Products Corp.*

SO ORDERED:

_____        Dated: 6/29/07
The Honorable Charles A. Shaw
United States District Judge